UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Adversary Title :** | Kennedy v. Cull et al | Case No : | 09-26120 - B - 7 |
| | | Adv No : | 09-02474 - B |
| | | Date : | 12-9-09 |
| | | Time : | 09:30 |
| **Matter :** | Status Conference - 1 - (62 (Dischargeability 523(a)(2), false pretenses, false representation, actual fraud)), (65 (Dischargeability - other)) : Complaint by Janice Kennedy against Dean Cull, Jennifer Cull. Fee $250 (msws) Modified on 8/18/2009 (bres). | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Plaintiff's Attorney - Phillip A. Cooke
**Respondent(s) :**
(by phone)    Defendant's Attorney - Douglas Jacobs

HEARING CONTINUED TO: 2/3/10 at 09:30 AM

Notice of continuance waived.